

# Fourth Court of Appeals
## San Antonio, Texas

July 16, 2013

No. 04-12-00451-CR
No 04-12-00452-CR

**IN RE** Judith **WEMMERT**

Arising from the 175th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2009-CR-9358 and 2009-CR-9359
Honorable Mary Roman, Judge Presiding

**ORDER**

Sitting:      Karen Angelini, Justice
              Sandee Bryan Marion, Justice
              Marialyn Barnard, Justice

This is a proceeding ancillary to appeal numbers 04-12-00451-CR and 04-12-00452-CR, styled *Hector Augusto Gramajo v. State of Texas*, currently pending in this court. Judith Wemmert was appointed to represent the appellant in these appeals on July 27, 2012. The appellant's brief in these appeals was initially due on January 31, 2013. Neither an appellant's brief nor a motion for extension of time to file appellant's brief was filed on January 31, 2013.

On May 16, 2013, this court set a final briefing deadline in these appeals, ordering Ms. Wemmert to file appellant's brief within twenty days of being served with a copy of our order. Ms. Wemmert was personally served with a copy of our order on May 20, 2013. Thus, Ms. Wemmert had until June 10, 2013, to file appellant's brief. However, Ms. Wemmert did not file appellant's brief by the date ordered.

We, therefore, issued an order on June 25, 2013, directing Ms. Wemmert to appear on July 16, 2013, at 1:30 p.m., before a panel consisting of Justice Angelini, Justice Marion, and Justice Barnard, to show cause why she should not be held in criminal and civil contempt of this court for violating this court's May 16, 2013, order by failing to file the appellant's brief no later than June 10, 2013.

Our order advised Ms. Wemmert that she has a right to be represented by counsel at the show cause hearing and the proceedings would be recorded by a certified court reporter. The court's order was personally served on Ms. Wemmert on June 27, 2013, at 12:40 p.m.

Immediately before the show cause hearing, Ms. Wemmert filed the appellant's brief in appeal numbers 04-12-00451-CR and 04-12-00452-CR. Ms. Wemmert personally appeared before the court on July 16, 2013. Ms. Wemmert was represented by counsel. The court took judicial notice of its own file. The court gave Ms. Wemmert an opportunity to show cause why she should not be held in contempt for violating our prior order. Counsel presented argument on Ms. Wemmert's behalf. During the hearing, it was confirmed that Ms. Wemmert is also court-appointed counsel in another case pending before this court, appeal number 04-13-00307-CR, styled *Nicholas Aranda v. State of Texas*.

After deliberating, we find that Ms. Wemmert should not be held in contempt of court. However, it is ORDERED, ADJUDGED, AND DECREED by the Court of Appeals, Fourth Court of Appeals District of Texas, that:

Judith Wemmert is SUSPENDED from handling further appeals in this court for a period of six months beginning on July 16, 2013;

the appellant's brief filed by Judith Wemmert in appeal numbers 04-12-00451-CR and 04-12-00452-CR, styled *Hector Augusto Gramajo v. State of Texas*, is accepted by the court;

Judith Wemmert is ORDERED to file a motion to withdraw as counsel in appeal numbers 04-12-00451-CR and 04-12-00452-CR, styled *Hector Augusto Gramajo v. State of Texas*, no later than Wednesday, July 17, 2013 at 5:00 p.m.;

in accordance with our order of suspension, Judith Wemmert's request for a two-week extension of time to file the appellant's brief in appeal number 04-13-00307-CR, styled *Nicholas Aranda v. State of Texas*, is DENIED; Judith Wemmert is REMOVED as counsel of record in appeal number 04-13-00307-CR; and the appeal will be ABATED and the case REMANDED to the trial court for appointment of substitute counsel in a separate order;

Judith Wemmert is ORDERED to pay the cost of the court reporter for the July 16, 2013, hearing no later than thirty (30) days from the date of this order.

_____
Karen Angelini, Justice

_____
Sandee Bryan Marion, Justice



Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of July, 2013.



Keith E. Hottle
Clerk of Court